IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERI WOODS PUBLISHING, L.L.C., et al., : | CIVIL ACTION |
| Plaintiffs, : | |
| v. : | No. 12-04854 |
| DESEAN WILLIAMS, et al., : | |
| Defendants. : | |

**O R D E R**

**AND NOW**, this  12th  day of April, 2013, upon consideration of Defendant, Gasch Printing, L.L.C.'s, Motion to Dismiss (Doc. 33) pursuant to Federal Rule of Civil Procedure 12(b)(6), and Plaintiffs, Teri Woods and Teri Woods Publishing, L.L.C.'s, Response in Opposition, it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED** as to Counts III, IV, V, VI, VII, VIII, IX, X, XI and XIV, and **DENIED** as to Counts I, II, XII and XIII.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT  F. KELLY
SENIOR  JUDGE