IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERI WOODS PUBLISHING, L.L.C., et al., : | CIVIL ACTION |
| Plaintiffs, : | |
| v. : | No. 12-04854 |
| DESEAN WILLIAMS, et al., : | |
| Defendants. : | |

**O R D E R**

**AND NOW**, this 25th day of October, 2013, upon consideration of Defendants, Urban Knowledge Bookstore LLC and Carl Weber's, Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 59), and Plaintiffs, Teri Woods and Teri Woods Publishing, L.L.C.'s, Response in Opposition, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE