IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERI WOODS PUBLISHING, L.L.C., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 12-4854 |
| DESEAN WILLIAMS, et al., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 25th day of November, 2013, upon consideration of the Plaintiffs Teri Woods and Teri Woods Publishing, L.L.C.'s Requests for Default Judgment against Defendant DeSean Williams and Defendant Seaburn Publishing Group filed on November 6, 2013 (Doc. Nos. 67 & 68), and Defendants failure to respond thereto, it is hereby **ORDERED** that said Requests are **GRANTED**.

It is **FURTHER ORDERED** that Judgment is entered in the sum of $901,800 in favor of Plaintiffs. Accordingly, Defendant DeSean Williams and Defendant Seaburn Publishing Group are to each pay Plaintiffs a sum of $901,800 as damages for the six separate acts of copyright infringement committed in violation of the Copyright Act.[1]

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] Such fines are available pursuant to 17 U.S.C. § 504(c)(2)(referring to the award of statutory damages) and 17 U.S.C. § 505 (allowing for the recovery of reasonable attorney's fees and costs).