**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                         :
TERI WOODS PUBLISHING, L.L.C., et al.,   :        CIVIL ACTION
                                         :
                      Plaintiffs,        :
                                         :
             v.                          :        No.  12-4854
                                         :
DESEAN WILLIAMS, et al.,                 :
                                         :
                      Defendants.        :
_____:

## O R D E R

     **AND NOW**, this  6th  day of December, 2013, upon consideration of the Plaintiffs Teri Woods and Teri Woods Publishing, L.L.C.'s Motion for Reconsideration (Doc. No. 69), and Defendants, Urban Knowledge and Carl Weber's, Response in Opposition, it is hereby **ORDERED** that said Motion is **DENIED**.

     It is **FURTHER ORDERED** that Plaintiffs' Request for oral argument on its Motion for Reconsideration is **DENIED**.

BY THE COURT:

 /s/ Robert F. Kelly_____
ROBERT F. KELLY
SENIOR JUDGE